310

Misc. No. 12–8020/NA.  U.S. v. Calvin A. Prince, II.  CCA 201100161.  On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

No. 12–0206/AR.  U.S. v. Tommie L. Olds.  CCA 20091044.  Appellant's *second* motion to extend time to file a brief granted, up to and including May 14, 2012, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

